IN RE JOYNER

No. 108 PC.

Case below: 35 N.C. App. 666.

Petition by propounders for discretionary review under G.S. 7A-31 denied 6 June 1978.

MANLY v. PENNY

No. 109 PC.

Case below: 35 N.C. App. 774.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 June 1978.

MARTIN v. MARTIN

No. 112 PC.

Case below: 35 N.C. App. 610.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

STATE v. BRACKETT

No. 141 PC.

Case below: 35 N.C. App. 744.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

STATE v. BUNN

No. 130 PC.

Case below: 36 N.C. App. 114.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.